ERIC D. HOUSER (SBN 130079)
CONSTANCE S. TRINH (SBN 252926)
HOUSER & ALLISON
A Professional Corporation
3760 Kilroy Airport Way, Suite 260
Long Beach, CA 90806
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
Email: ctrinh@houser-law.com

Attorneys for Defendant,
NATIONWIDE CREDIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SIRBU, | Case No. 3:09-CV-03633-MHP |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION RE CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER |
| vs. | |
| NATIONWIDE CREDIT, INC., | Complaint Filed: August 7, 2009<br>Trial date: None scheduled |
| Defendant. | |

Pursuant to the parties' STIPULATION RE CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER, good cause so appearing, subject to order of modification attached.

**IT IS SO ORDERED.**

Dated: 1/28/10    _____
HON. _____
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

[PROPOSED] ORDER GRANTING STIPULATION RE CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER
1