ERIC D. HOUSER (SBN 130079)
CONSTANCE S. TRINH (SBN 252926)
HOUSER & ALLISON
A Professional Corporation
3760 Kilroy Airport Way, Suite 260
Long Beach, CA 90806
Telephone:     (949) 679-1111
Facsimile:      (949) 679-1112
Email: ctrinh@houser-law.com

Attorneys for Defendant,
NATIONWIDE CREDIT, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SIRBU,<br><br>           Plaintiff,<br><br>vs.<br><br>NATIONWIDE CREDIT, INC.,<br><br>           Defendant. | Case No. 3:09-CV-03633-MHP<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION RE CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER<br><br>Complaint Filed: August 7, 2009<br>Trial date: None scheduled |

   Pursuant to the parties' STIPULATION RE CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER, good cause so appearing,   subject to order of modification attached.

   **IT IS SO ORDERED.**

Dated:  1/28/10 _____          _____
                                          HON. _____
                                          UNITED _____

IT IS SO ORDERED
Judge Marilyn H. Patel

**[PROPOSED] ORDER GRANTING STIPULATION RE CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER**
1