ERIC D. HOUSER (SBN 130079)
SARA L. MARKERT (SBN 251277)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, CA 92618
Telephone:     (949) 679-1111
Facsimile:     (949) 679-1112
Email: smarkert@houser-law.com
Attorneys for Defendant,
NATIONWIDE CREDIT, INC.

NICHOLAS J. BONTRAGER
KROHN & MOSS, LTD
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
(323) 988-2400 x229
(888) 755-0945 (fax)
Email: nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
MICHAEL SIRBU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

MICHAEL SIRBU,

        Plaintiff,

    vs.

NATIONWIDE CREDIT, INC.,

        Defendant.

Case No.:  CV-09-03633 MHP-EDL

Hon. Marilyn H. Patel

**JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE TO JUNE 7, 2010; DECLARATIONS OF SARA L. MARKERT AND NICHOLAS BONTRAGER IN SUPPORT HEREOF; [PROPOSED] ORDER**

Complaint Filed:  August 7, 2009
Trial date:  None scheduled

1    **WHEREAS**, a further case management conference is scheduled to be held in this matter

2    on May 17, 2010 at 3:00 p.m. in the above-captioned Court; and

3    **WHEREAS**, counsel for both Plaintiff and Defendant have another matter on calendar in

4    the Central District of California at 1:30 p.m. on May 17, 2010; and

5    **WHEREAS**, counsel for Plaintiff has a trial scheduled to begin on May 24, 2010; and

6    **WHEREAS**, the parties desire to continue the further case management conference to a

7    date when both counsel are available to attend;

8    **IT IS HEREBY STIPULATED**, as follows:

9    The further case management conference will be continued to Monday, June 7, 2010, at

10   3:00 p.m. in courtroom 15, 18th Floor, of the above-captioned courthouse.

11   **IT IS HEREBY AGREED:**

12   Dated:  April 21, 2010          **HOUSER & ALLISON, APC**

13

14                                   By:    /s/Sara L. Markert

15                                          Sara L. Markert
                                            Attorney for Defendant,
16                                          Nationwide Credit, Inc.

17   Dated:  April 21, 2010          **KROHN & MOSS, LTD**

18

19                                   By:    /s/ Nichols Bontrager

20                                          Nicholas Bontrager
                                            Attorney for Plaintiff,
21                                          Michael Sirbu

22

23

24

25

26

27

28

---

**<u>DECLARATION OF SARA L. MARKERT</u>**

I, Sara L. Markert, declare as follows:

1.      I am an attorney at law duly licensed to practice before the above entitled Court and am an attorney with the law firm of Houser & Allison, A Professional Corporation, counsel of record for Defendant, NATIONWIDE CREDIT, INC. ("NCI").  I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify as to those facts.

2.      I submit this declaration in support of the Joint Stipulation to Continue the Further Case Management Conference to June 7, 2010.

3.      I am counsel of record in the matter *Vassil Krapf v. Nationwide Credit, Inc.*, Case No. 8:09-cv-00711-JVS-MLG, currently pending in the Central District of California.

4.      I filed a motion for summary judgment on behalf of NCI in the *Krapf* matter which is scheduled to be heard on Monday, May 17, 2010, at 1:30 p.m. at the United States District Court located at 411 W. Fourth Street, in Santa Ana, California.

5.      I am unable to attend both the motion hearing in *Krapf* and the case management conference in this action on May 17, 2010, due to the location and timing of the hearings.

6.      I am available to attend a further case management conference in this matter on Monday, June 7, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 21st day of April, 2010, at Long Beach, California.

*/s/ Sara L. Markert*
Sara L. Markert

## DECLARATION OF NICHOLAS BONTRAGER

I, Nicholas Bontrager, declare as follows:

1.      I am an attorney at law duly licensed to practice before the above entitled Court and am an attorney with the law firm of Krohn & Moss, Ltd., counsel of record for Plaintiff, MICHAEL SIRBU.  I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify as to those facts.

2.      I submit this declaration in support of the Joint Stipulation to Continue the Further Case Management Conference to June 7, 2010.

3.      I am counsel of record in the matter *Vassil Krapf v. Nationwide Credit, Inc.*, Case No. 8:09-cv-00711-JVS-MLG, currently pending in the Central District of California.

4.      NCI filed a motion for summary judgment in the *Krapf* matter which is scheduled to be heard on Monday, May 17, 2010, at 1:30 p.m. at the United States District Court located at 411 W. Fourth Street, in Santa Ana, California.

5.      I am unable to attend both the motion hearing in *Krapf* and the case management conference in this action on May 17, 2010, due to the location and timing of the hearings.

6.      I am also counsel of record in the matter *Christopher Gomez v. Valentine & Kebartas*, Case No. 108cv130867, currently pending in the Superior Court of California for Santa Clara County.

7.      The *Gomez* matter is scheduled to go to trial on Monday May 24, 2010.  I am therefore unable to attend a further case management conference in this matter on Monday, May 24, 2010.

8.      I am available to attend a further case management conference in this matter on Monday, June 7, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 21st day of April, 2010, at Los Angeles, California.

*/s/ Nicholas Bontrager*
Nicholas Bontrager

---

JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
4

**<u>CERTIFICATE OF SERVICE</u>**

STATE OF CALIFORNIA                             )
                                               ) ss
COUNTY OF LOS ANGELES                           )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 3760 Kilroy Airport Way, Long Beach, California 90806.

On April 22, 2010, I served the following document(s) described as follows: **JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE TO JUNE 7, 2010; DECLARATIONS OF SARA L. MARKERT AND NICHOLAS BONTRAGER IN SUPPORT HEREOF; [PROPOSED] ORDER**

On the following interested parties in this action:

Nicholas J Bontrager
Krohn & Moss Ltd
10474 Santa Monica Boulevard, Suite 401
Los Angeles, CA 90025
nbontrager@consumerlawcenter.com
*Attorney for Plaintiff*

☒        **<u>BY ELECTRONIC MAIL</u>**—I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the above listed CM/ECF registrants.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on April 22, 2010, at Irvine, California.


                                               */s/ Sara L. Markert*_____
                                               Sara L. Markert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SIRBU, | Case No.:  CV-09-03633 MHP-EDL |
| Plaintiff, | Hon. Marilyn H. Patel |
| vs. | [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE TO JUNE 7, 2010 |
| NATIONWIDE CREDIT, INC., | |
| Defendant. | Complaint Filed:  August 7, 2009 Trial date:  None scheduled |

Pursuant to the parties' **JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE TO JUNE 7, 2010**, good cause so appearing,

**IT IS SO ORDERED.**

Dated: _ 4/23/2010 _____

MARILYN
UNITED

_IT IS SO ORDERED_

Judge Marilyn H. Patel