UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MICHAEL SIRBU,<br>    Plaintiff, | No. C 09-3633 LHK |
| v. | **ORDER GRANTING REQUEST FOR DEFENDANT'S CORPORATE REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY** |
| NATIONWIDE CREDIT, INC.,<br>    Defendant.<br>_____/ | |

Date:     September 30, 2010
Mediator:  Sharon O'Grady

IT IS HEREBY ORDERED that the request for defendant Nationwide Credit, Inc.'s corporate representative, Ellen Cohen, to be excused from personally attending the September 30, 2010 mediation session before Sharon O'Grady is GRANTED.  Ms. Cohen shall be available at all times to participate by telephone in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

September 20, 2010        By:        *Elizabeth D. Laporte*
Dated                                                 Elizabeth D. Laporte
                                                   United States Magistrate Judge