Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
MICHAEL SIRBU

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL SIRBU,<br><br>  Plaintiff,<br>v.<br>NATIONWIDE CREDIT, INC.,<br>  Defendant. | **Case No.: 3:09-cv-03633**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MICHAEL SIRBU, against Defendant, NATIONWIDE CREDIT, INC., in the above-captioned proceeding are hereby dismissed, with prejudice.

Dated: 10/12/10        KROHN & MOSS LTD

                    /s/ Nicholas J. Bontrager
                    Nicholas J. Bontrager, Esq.
                    Attorney for Plaintiff,
                    MICHAEL SIRBU

Dated: 10/12/10        HOUSER & ALLISON

                     /s/ Sara L. Markert
                    Sara L. Markert, Esq.
                    Attorney for Defendant,
                    NATIONWIDE CREDIT, INC.

1

Stipulation of Dismissal and [Proposed] Order

1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff,
   MICHAEL SIRBU

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL SIRBU, | **Case No.: 3:09-cv-03633** |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| NATIONWIDE CREDIT, INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   10/18/2010

_____
The Honorable
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

---

[Proposed] Order

1